UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGDEPORT DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| Vincent Carl Puglisi | ) CASE NO. 15-50344 AHWS |
| DEBTOR(S) | ) 5/7/2015 |

MOTION TO DISMISS PENDING CASE

Molly T. Whiton, Chapter 13 Trustee herein, moves for a dismissal of the above-captioned case and respectfully represents as follows:

Upon information and belief, the debt herein exceeds the eligibility limits for Chapter 13.

WHEREFORE, the Trustee moves that the case be dismissed.

    /s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT 06106
Telephone: 860-278-9410
Fax: 860-527-6185
Federal Bar #ct02214
Email: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
Vincent Carl Puglisi
P.O. Box 68
Norwalk, CT 06852

Served electronically:

n/a

OFFICE OF THE UNITED STATES TRUSTEE at: USTPRegion02.NH.ECF@USDOJ.GOV.

    /s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT 06106
Telephone: 860-278-9410
Fax: 860-527-6185
Federal Bar #ct02214
Email: mtwhiton@mtwhiton.com

PLEASE SET FOR: 6/18/15