# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
July 17, 2015

In re:
Vincent Carl Puglisi
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–0579
Debtor(s)

Case Number: 15–50344 ahws
Chapter: 13

## ORDER DISMISSING CASE UNDER CHAPTER 13

A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. §1307(c) having been heard, it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

__N/A_____ IT IS FURTHER ORDERED that the order directing the employer to make periodic payments to the trustee is rescinded and future payments of wages should be made without such deductions.

Dated: July 17, 2015

BY THE COURT

Alan H.W. Shiff
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113